1

2

3

4

5

6            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   UNITED STATES OF AMERICA,

9                   Plaintiff,          Case No. MJ14-439 BAT

10      v.                              **DETENTION ORDER**

11  UZZIEL SOTELO-ONTIVERSO,

12                  Defendant.

13      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14  there are no conditions which the defendant can meet which would reasonably assure the

15  defendant's appearance as required or the safety of any other person and the community.

16  **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17      Defendant is charged with a crime carrying a presumption of detention.  He has failed to

18  overcome that presumption as the Court has received no information about his ties to the

19  community, employment, or health.  Defendant also stipulated to detention.

20      It is therefore **ORDERED**:

21      (1)     Defendant shall be detained pending trial and committed to the custody of the

22  Attorney General for confinement in a correctional facility separate, to the extent practicable,

23  from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

2 counsel;

3    (3)    On order of a court of the United States or on request of an attorney for the

4 Government, the person in charge of the correctional facility in which Defendant is confined

5 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6 connection with a court proceeding; and

7    (4)    The Clerk shall provide copies of this order to all counsel, the United States

8 Marshal, and to the United States Probation and Pretrial Services Officer.

9    DATED this 5th day of November, 2014.

10

11

    _____

12    BRIAN A. TSUCHIDA
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2